AO91 (Rev. 12/03)  Criminal Complaint                                    AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| vs. | |
| | Case Number: 7:14-po-05556 |

Fernando MORENO-Garcia
IAE A089 850 204
Mexico 1990

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **October 26, 2014** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Fernando MORENO-Garcia was encountered by Border Patrol Agents near Donna, Texas on October 27, 2014. When questioned as to his citizenship, defendant stated that he was a citizen and national of the United Mexican States, who had entered the United States illegally on October 26, 2014, by rafting across the Rio Grande River near the Donna, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:  ☐ Yes   ☒ No

/S/ Cantu Jr, Nicolas  Border Patrol Agent
Signature of Complainant

Cantu Jr, Nicolas   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

October 28, 2014                                          at      McAllen, Texas
Date    City/State

Dorina Ramos          U.S. Magistrate Judge
Name of Judge         Title of Judge                            Signature of Judge